## Application to Proceed in Forma Pauperis

### For 05-11776WGY
### A Petition for a Writ of Habeas Corpus

I Richard W. Comerford the applicant for leave to proceed in forma pauperis respectfully represents unto your Honor that I am a pauper and do so attest under penalty of perjury in my attached affidavit and I pray your Honor to grant me permission to proceed in forma pauperis.

Respectfully submitted;

*(signature)*

Richard W. Comerford

Date: 3 August 2005